# United States District Court

__NORTHERN__ DISTRICT OF __CALIFORNIA__

Filed
JAN 23 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA

V.

HUGO GALENO-ALQUEZADA

**CRIMINAL COMPLAINT**

**15  70079  MAG**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about, __January 22, 2015__, in __Santa Clara County__ in the __Northern__ District of __California__ defendant(s) was,

Found in and unlawfully re-entered the United States after deportation, without the permission of the Attorney General or the Secretary of Homeland Security

in violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
<br>Official Title
facts:

SEE ATTACHED AFFIDAVIT

MAXIMUM PENALTIES: up to 20 years imprisonment, $250,000.00 fine, 3 year TSR, $100 SAF

REQUESTED PROCESS/BAIL: No bail warrant (government will request detention).

APPROVED AS TO FORM: __SAUSA PENNA (AUSA ROSEN)__
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

__1/23/2015__                at                __San Jose, California__
Date                                                    City and State

NATHANAEL COUSINS
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

AFFIDAVIT OF DAVID VARGAS

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been so employed since February 26, 2007. I am currently assigned to the Violent Criminal Alien Section (VCAS) of the San Jose Sub-Office. This Affidavit is made in support of a Criminal Complaint charging that HUGO GALENO-ALQUEZADA, was found in and unlawfully re-entered the United States after deportation, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. I have reviewed official records relating to the above named individual, which attests to the following:

(1)   Mr. GALENO-ALQUEZADA is a 41-year-old male who has used sixteen (16) aliases in the past.

(2)   Mr. GALENO-ALQUEZADA has been assigned one (1) Alien Registration number of A 200 147 536, FBI number of 922726EB6, California Criminal Information Index number of CA11753356, and a California Department of Corrections and Rehabilitation Number of AG09653.

(3)   Mr. GALENO-ALQUEZADA is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on one (1) occasion from the United States:

| DATE | PLACE OF DEPORTATION |
|---|---|
| 09/30/2011 | Calexico, CA |

(4)   Mr. GALENO-ALQUEZADA last entered the United States at or near an unknown place on or after September 30, 2011, by crossing the international border without inspection subsequent to deportation.

(5)   Mr. GALENO-ALQUEZADA was, on October12, 2007, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of POSSESSION OF CONTROLLED SUBSTANCE, a felony, in violation of California Health and Safety Code Section 11350(a), and was sentenced to sixteen (16) months in prison.

(6)   Mr. GALENO-ALQUEZADA was, on March 20, 2008, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of INFLICT CORPORAL INJURY ON SPOUSE, an aggravated felony, in violation of California Penal Code Section 273.5(a), and was sentenced to two (2) years in prison.

HUGO GALENO-ALQUEZADA                                                                A200 147 536

(7)   Mr. GALENO-ALQUEZADA has suffered other convictions not enumerated in this affidavit.

(8)   Mr. GALENO-ALQUEZADA, was on or about January 22, 2015, in Santa Clara County in the Northern District of California, found to be unlawfully present in the United States, after prior arrest and deportation, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, Section 1326.

(9)   On January 22, 2015, Mr. GALENO-ALQUEZADA's fingerprints were taken as part of the standard booking procedures. The fingerprints were electronically submitted to CAL DOJ, NCIC/NGI and DHS/ICE databases. Upon review of database information, it was determined that the fingerprints were associated with Mr. GALENO-ALQUEZADA's alien file, number A 200 147 536.

(10)  On the basis of the above information, there is probable cause to believe that Mr. GALENO-ALQUEZADA illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

_____
DAVID VARGAS
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this

23 day of January, 2015

_____
NATHANAEL COUSINS
United States Magistrate Judge